IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JOHNNIE RICHARDSON, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:09-cv-406 |
| | § | |
| CONSUMER RECOVERY ASSOCIATES, LLC, | § | |
| | § | |
| *Defendant*. | § | |

## NOTICE OF PENDING SETTLEMENT

Defendant, Consumer Recovery Associates, LLC, through counsel, submits this Notice of Pending Settlement and states the parties have reached a verbal settlement of this matter including all parties and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

    Respectfully submitted,

    /s/ Thomas J. Doughton
    /s/ Amy L. Rich
    Thomas J. Doughton
    N.C. State Bar No. 16611
    Amy L. Rich
    N.C. State Bar No. 35176
    DOUGHTON & HART PLLC
    633 West Fourth Street, Suite 150
    Winston-Salem, North Carolina 27101
    Telephone: (336) 725-9416
    Facsimile: (336) 725-5129

    **ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I certify that on this 9th day of November 2009, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

    M. Lynette Hartsell
    1010 Lakeview Drive
    Cedar Grove, North Carolina 72731
    lynette@luxenburglevin.com

    /s/ Amy L. Rich
    Amy L. Rich
    N.C. State Bar No. 35176
    DOUGHTON & HART PLLC
    633 West Fourth Street, Suite 150
    Winston-Salem, North Carolina 27101
    Telephone: (336) 725-9416
    Facsimile: (336) 725-5129