# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOHNNIE RICHARDSON, ) | |
| ) | Case No. 3:09-CV-406 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **NOTICE OF DISMISSAL** |
| CONSUMER RECOVERY ASSOCIATES, LLC, ) | |
| ) | |
| Defendants. ) | |

Now comes the Plaintiff, JOHNNIE RICHARDSON, by and through his attorney, M. LYNETTE HARTSELL, and hereby advises the Court that he is dismissing the above-captioned matter with prejudice, pursuant to a settlement agreement reached between the parties.

/s/ M. Lynette Hartsell
M. Lynette Hartsell (9845)
Attorney for Plaintiff
1010 Lakeview Drive
Cedar Grove, NC 27231
(888) 595-9111, ext. 713 (phone)
(866) 382-0092 (facsimile)
Lynette@LuxenburgLevin.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 24, 2009, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

                /s/ M. Lynette Hartsell
                M. Lynette Hartsell (9845)
                Attorney for Plaintiff
                1010 Lakeview Drive
                Cedar Grove, NC 27231
                (888) 595-9111, ext. 713 (phone)
                (866) 382-0092 (facsimile)
                Lynette@LuxenburgLevin.com